JOHN B. LORD, as Trustee in Bankruptcy of WILLIAM F. MILLER et al., Respondent, *v.* HENRY A. SEYMOUR et al., Defendants, and FREDERICK W. JOHNSON et al., Appellants.

*Lord* v. *Seymour*, 85 App. Div. 617, affirmed.
(Argued November 19, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John P. Murray* for appellants.

*George W. Wingate* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.